**HADOUS|CO. PLLC**
Nemer N. Hadous, AZ #027529
1204 E. Baseline Road, Suite 102
Tempe, Arizona 85283
P: (602) 492-4432
F: (888) 450-0687
nhadous@hadousco.com
Attorneys for Plaintiff Elena Noguero

**CHAMI LAW FIRM**
David A. Chami, AZ #027585
david@pricelawgroup.com
Attorneys for Plaintiff Elena Noguero

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Elena Noguero, | CASE NO. 2:15-cv-01758-SPL |
| Plaintiff, | |
| vs. | **STIPULATION TO DISMISS WITH PREJUDICE** |
| Wells Fargo Bank, N.A; TransUnion LLC; Experian Information Solutions, Inc.; and Equifax Information Services, LLC. | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between Plaintiff Elena Noguero ("Plaintiff") and Defendants Wells Fargo Bank, N.A. ("Wells Fargo") and Equifax Information Services, LLC ("Equifax") that Plaintiff's claims against Wells Fargo and Equifax in the above-captioned action be and hereby are dismissed with prejudice. Each Party shall bear their own attorneys' fees and costs incurred herein. There are no remaining Defendants in this case.

| | |
|---|---|
| Dated: <u>May 23, 2016</u> | **CHAMI LAW FIRM** |
| | By: */s/David A. Chami* |
| | David A. Chami, (AZ #027585) |
| | *Attorneys for Plaintiff Elena Noguero* |
| Dated: <u>May 23, 2016</u> | **SNELL & WILMER, L.L.P** |
| | By: */s/ Jacob C. Jones* |
| | Jacob C. Jones (AZ #029971) |
| | One Arizona Center |
| | 400 E. Van Buren, Suite 1900 |
| | Phoenix, AZ 85004-2202 |
| | P: (602) 382-6562; F: (602) 382-6070 |
| | E: jcjones@swlaw.com |
| | *Attorneys for Defendant* |
| | *Equifax Information Services, LLC* |
| Dated: <u>May 23, 2016</u> | **SNELL &WILMER, L.L.P** |
| | By: */s/ Jennifer A. Stevens* |
| | Jennifer A. Stevens (AZ 024655) |
| | One Arizona Center |
| | 400 E. Van Buren, Suite 1900 |
| | Phoenix, AZ 85004-2202 |
| | P: (602) 382-6000; F: (602) 382-6070 |
| | E: jstevens@swlaw.com |
| | *Attorneys for Defendant* |
| | *Wells Fargo Bank, N.A.* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 23, 2016, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter. Since none of the attorneys of record are non-ECF participants, hard copies of the foregoing have not been provided via personal delivery or by postal mail.

*/s/ Florence Lirato*